NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FREDERICK W. BAUER,**
*Claimant-Appellant,*

**v.**

**SLOAN D. GIBSON, ACTING SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2014-7064

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 14-0132, Judge Alan G. Lance, Sr.

---

**ON MOTION**

---

**O R D E R**

Frederick W. Bauer moves for leave to proceed in forma pauperis.

Mr. Bauer has failed to file completed Federal Circuit Forms 6 and 6A. Mr. Bauer appears to argue in his motion that those forms are inapplicable to his appeal. This court requires Form 6 for any appellant seeking to

proceed in forma pauperis and Form 6A for any prisoner seeking to proceed in forma pauperis.

IT IS ORDERED THAT:

The motion is denied without prejudice to Mr. Bauer refiling his request using the enclosed Federal Circuit Forms 6 and 6A within 21 days of the date of this order.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

(enclosed:  Federal Circuit Forms 6 and 6A)

s24